SCWC-12-0000089

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

WELLS FARGO BANK, N.A. AS TRUSTEE FOR
OPTION ONE MORTGAGE LOAN TRUST 2006-1
ASSET-BASED CERTIFICATES, SERIES 2006-1,
Respondent/Plaintiff-Appellee,

vs.

ROBERT L. HENSLEY and FRANCES C. HENSLEY,
Petitioners/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000089; CIV. NO. 10-1-0091)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, and Pollack, JJ.,
Circuit Judge Chan, in place of Recktenwald, C.J., recused, and
Circuit Judge Border, in place of Acoba, J., recused)

Petitioners/Defendants-Appellants application for writ

of certiorari filed on May 7, 2013, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, June 13, 2013.

Gary Victor Dubin,                      /s/ Paula A. Nakayama
Frederick J. Arensmeyer, and
Zeina Jafar,                            /s/ Sabrina S. McKenna
for Petitioners

                                        /s/ Richard W. Pollack

Charles R. Prather, and
Sofia Hirosane McGuire,                 /s/ Derrick H.M. Chan
for Respondent

                                        /s/ Patrick W. Border

